**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6185**

———————

JAMES C. BELLE,

Petitioner - Appellant,

versus

H. R. POWELL, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-98-287-3)

———————

Submitted: June 17, 1999          Decided: June 24, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James C. Belle, Appellant Pro Se. Matthew P. Dullaghan, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James C. Belle seeks to appeal the magistrate judge's order pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp. 1999) denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Belle v. Powell, No. CA-98-287-3 (E.D. Va. Jan. 22, 1998). We deny Belle's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2